IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1420 MSK-CBS

MAXFOUR ENGINEERS AND ARCHITECTS, L.L.C., a Colorado Limited Liability Company,

Plaintiff,

v.

ARB, INC., a California Corporation,

Defendant/ Third-Party Plaintiff,

v.

WESTERN HOMES CORPORATION, a Delaware corporation, d/b/a SILVERCREST,

    Third-Party Defendant.

___

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE SUR-REPLY TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS**
___

This matter is before the Court on the Unopposed Motion of Defendant/Third-Party Plaintiff ARB, Inc. ("ARB") to file a Sur-Reply to Third-Party Defendant Western Homes Corporations Motion to Dismiss. The Court has reviewed the Motion and notes that it is unopposed. The Court finds that grounds exist for the filing of a Sur-Reply, and the Sur-Reply tendered by ARB, Inc. contemporaneously with its Motion is accepted for filing as of the date of this Order. Further, Third-Party Defendant Western Homes Corporation shall have ten (10)

days from the date of this Order to submit a response to the Sur-Reply if it deems a response is appropriate.

Dated this 6th day of July, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge