IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01420-MSK-CBS

MAXFOUR ENGINEERS AND ARCHITECTS, LLC,
a Colorado limited liability company,

      Plaintiff,

v.

ARB, INC.,

      Defendant/ Third-Party Plaintiff,

v.

WESTERN HOMES CORPORATION, a Delaware corporation, d/b/a SILVERCREST,

      Third-Party Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Joint Motion to Modify Scheduling Order Deadlines (filed September 7, 2005; *doc. no. 48*) is **GRANTED**. The pretrial deadlines are extended as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **October 19, 2005** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **December 19, 2005** |
| Discovery deadline | **January 10, 2006** |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**   September 8, 2005

===============================================