IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01420-MSK-CBS

MAXFOUR ENGINEERS AND ARCHITECTS, LLC,
a Colorado limited liability company,

      Plaintiff,

v.

ARB, INC.,

      Defendant/ Third-Party Plaintiff,

v.

WESTERN HOMES CORPORATION, a Delaware corporation, d/b/a SILVERCREST,

      Third-Party Defendant.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      Pending before the court is Western Homes Corporation's Motion for Entry of Protective Order Staying Discovery Pending Determination of Arbitrability of Third-Party Claims (filed March 3, 2006; *doc. no. 86*). It is hereby

      **ORDERED** that the instant motion is **GRANTED**, in part. Discovery against Western Homes Corporation, as a party, is stayed through **March 24, 2006**. No further extensions are permitted without leave of court.

**DATED:**    March 7, 2006