IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01420-MSK-CBS

MAXFOUR ENGINEERS AND ARCHITECTS, L.L.C., a Colorado Limited Liability Company,

    Plaintiff,

v.

ARB, INC., a California Corporation,

    Defendant/ Third-Party Plaintiff,

v.

WESTERN HOMES CORPORATION, a Delaware corporation, d/b/a SILVERCREST,

    Third-Party Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AS BETWEEN DEFENDANT/THIRD-PARTY PLAINTIFF ARB, INC. AND THIRD-PARTY DEFENDANT WESTERN HOMES CORPORATION**

---

Plaintiff, MaxFour Engineers and Architects, LLC ("MaxFour"), Defendant and Third-Party Plaintiff, ARB, Inc. ("ARB"), and Third-Party Defendant, Western Homes Corporation ("Western"), by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(c), hereby stipulate to the dismissal, with prejudice, of all of the claims that were or could have been asserted as between ARB and Western in this action. As grounds for this Stipulation, MaxFour, ARB and Western state as follows:

1.    MaxFour, ARB and Western have all conferred and stipulate to the dismissal, with prejudice, of all of the claims that were or could have been asserted as between ARB and Western in this action.

2.    Pursuant to Fed.R.Civ.P. 41(a) and (c), voluntary dismissal is proper upon the filing of a stipulation signed by all parties.

3.    ARB and Western have reached a confidential settlement resolving all of the claims between them. That settlement is conditioned upon this Court's dismissal of Western from this matter, with prejudice.

WHEREFORE, MaxFour, ARB and Western request that this Court dismiss all of the claims that were or could have been asserted as between ARB and Western in this action, with prejudice, all parties to bear their own costs and attorneys' fees regarding the Third-Party Complaint and all pleadings and proceedings related to the Third-Party Complaint.

Respectfully submitted this 5th day of April 2006.

| s/ Dean C. Heizer | s/Bryan D. Cross | s/Michael J. Decker |
|---|---|---|
| Dean C. Heizer<br>Kevin C. Paul<br>Miranda K. Hawkins<br>PARSONS, HEIZER, PAUL LLP<br>2401 15th Street, Suite 300<br>Denver, CO 80202<br>Telephone: (303) 595-4747<br>Fax: (303) 594-4750<br>E-mail: dheizer@phplawyers.com<br>E-mail: kpaul@phplawyers.com<br>E-mail: mhawkins@phplawyers.com<br><br>Attorneys for ARB, Inc | Sean D. Baker<br>Bryan D. Cross<br>Wheeler Trigg Kennedy LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202<br>Phone: (303) 244-1800<br>Fax: (303) 244-1879<br>E-Mail: baker@wtklaw.com<br>E-Mail: cross@wtklaw.com<br><br>Attorneys for Third-Party Defendant<br>Western Homes Corporation | William H. Knapp<br>Michael J. Decker<br>Montgomery Little<br>Soran Murray & Kuhn, P.C.<br>5445 DTC Parkway, Suite 800<br>Greenwood Village, CO 80111<br>Telephone: (303) 773-8100<br>Fax: (303) 220-0412<br>E-mail: mdecker@mlmpc.com<br>E-mail: wknapp@mlmpc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th of April 2006, I electronically filed this **STIPULATION FOR MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AS BETWEEN DEFENDANT/THIRD-PARTY PLAINTIFF ARB, INC. AND THIRD-PARTY DEFENDANT WESTERN HOMES CORPORATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

gmckenna@hollandhart.com

kbridston@hollandhart.com

baker@wtklaw.com

s/ Julie Zick
Julie Zick, Paralegal
PARSONS, HEIZER, PAUL LLP
2401 15th Street, Suite 300
Denver, CO 80202
Telephone: (303) 595-4747
Fax: (303) 594-4750
E-mail: jzick@phplawyers.com

3