IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01420-MSK-CBS

MAXFOUR ENGINEERS AND ARCHITECTS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

ARB, INC.,
a California corporation,

    Defendant/Third-Party Plaintiff,

v.

WESTERN HOMES CORPORATION, a Delaware corporation, d/b/a SILVERCREST,

    Third-Party Defendant.
_____

### ORDER DISMISSING THIRD-PARTY DEFENDANT WESTERN HOMES CORPORATION WITH PREJUDICE
_____

This matter is before the Court on a Stipulation for Dismissal with Prejudice of All Claims as Between Defendant/Third-Party Plaintiff ARB, Inc. ("ARB") and Third-Party Defendant Western Homes Corporation ("Western") **(#92)**. The Court, having reviewed the Stipulation hereby **ORDERS AS FOLLOWS**:

All of the claims that were or could have been asserted as between ARB and Western in this action are hereby **DISMISSED WITH PREJUDICE**, all parties to bear own costs and attorneys' fees regarding the Third-Party Complaint and all pleadings and proceedings related to the Third-Party Complaint.

All future pleadings will bear an amended caption consistent with this order.

DATED this 6th day of April 2006.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge