IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-MK-1420 (CBS)

MAXFOUR ENGINEERS AND ARCHITECTS, L.L.C.,
a Colorado Limited Liability Company,

      Plaintiff,

v.

ARB, INC.,

      Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MaxFour Engineers and Architects, L.L.C. ("MaxFour"), by and through its undersigned counsel, and Defendant, ARB, Inc. ("ARB"), by and through its undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1), request that the Court dismiss this matter with prejudice, all parties to bear their own costs and attorneys' fees. In support of this Stipulation, the Parties state:

      1.     The parties have reached an amicable resolution of this dispute as more fully set forth in a Settlement Agreement and Mutual Release of All Claims that was recently executed by the Parties.

      2.     The former Third-Party Defendant, Western Homes Corporation, was previously dismissed from this matter via stipulation between it and ARB. See Document 93.

WHEREFORE, the Parties request that the Court dismiss this matter with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 9th day of August 2006.

Respectfully submitted,

*s/Kenneth E. Peck*
Kenneth E. Peck
Bette K. Bushell
Bushell & Peck, L.L.C.
303 East Seventeenth Avenue
Suite 350
Denver, Colorado 80203
Telephone: (303) 785-8585

and

*/s Michael J. Decker*
William H. Knapp
Michael J. Decker
Montgomery Little, Soran Murray & Kuhn, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Telephone: (303) 773-8100
Fax: (303) 220-0412
E-mail: mdecker@mlmpc.com
E-mail: wknapp@mlmpc.com

**ATTORNEYS FOR MAXFOUR ENGINEERS AND ARCHITECTS, L.L.C.**

*s/ Dean C. Heizer*
Dean C. Heizer
Kevin C. Paul
Miranda K. Hawkins
PARSONS, HEIZER, PAUL LLP
2401 15th Street, Suite 300
Denver, CO 80202
Telephone:  (303) 595-4747
Fax:  (303) 594-4750
E-mail:  dheizer@phplawyers.com
E-mail:  kpaul@phplawyers.com
E-mail:  mhawkins@phplawyers.com

**ATTORNEYS FOR DEFENDANT ARB, INC.**

2